**TAYLOR MOTOR TRUCK COMPANY and H. C. De Ran v. H. G. BURFORD COMPANY and the Lauth-Juergens Motor Car Company.**

**No. 5800.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1930.

Frank S. Monnett, of Columbus, Ohio, and David B. Love, of Fremont, Ohio, for appellants.

Brown & Sanger, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellees.

**Thomas G. TERRY, Appellant, v. Henry S. OBERDORFER, Appellee.**

**No. 3098.**

Circuit Court of Appeals, Fourth Circuit.

Nov. 10, 1930.

Sharp & Sharp, of Reidsville, N. C., and Harry Wooding, Jr., of Danville, Va., and Hunter K. Penn, of Reidsville, N. C., for appellant.

Harris, Harvey & Brown, of Danville, Va., for appellee.

PER CURIAM.

Case dismissed under Rule 20, per agreement of counsel.

**TROUT MINING COMPANY, Appellant, v. George DÚCICH, Appellee.**

**No. 6452.**

Circuit Court of Appeals, Ninth Circuit.

May 1, 1931.

Before SAWTELLE, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal in above cause dismissed; mandate forthwith.

**Georgia TURNER and Ray Davis v. UNITED STATES of America.**

**No. 5749.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 8, 1931.

Harry Neal Smith, Frank L. Leonard, and Jos. C. Bird, all of Cincinnati, Ohio, for appellants.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM.

Judgment of District Court affirmed by court order.

**UNION INDEMNITY CO. v. Ethel ACORD.**

**No. 5587.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1930.

Booth, Keating, Pomerene & Boulger, of Columbus, Ohio, for appellant.

Thos. H. Clark, of Columbus, Ohio, for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded upon authority of Gotfredson v. German Commercial Accident Co. (C. C. A.) 218 F. 582, L. R. A. 1915D, 312.